**Opinion filed April 19, 2012**



# In The

# Eleventh Court of Appeals

———————

## No. 11-12-00097-CV

———————

## TIMOTHY W. BUCHANAN, Appellant

## V.

## BRENT MURPHY, Appellee

**On Appeal from the 132nd District Court**

**Borden County, Texas**

**Trial Court Cause No. 1186**

## M E M O R A N D U M   O P I N I O N

Timothy W. Buchanan filed a pro se document in this court that began with the following words: "Please file this as notice of Appeal on Borden County 1176." Upon receipt of this document, the clerk of this court wrote Buchanan on April 6, 2012, and advised him that the document would be treated as a notice of appeal based upon its language. Accordingly, the clerk of this court docketed a new appeal as Cause No. 11-12-00097-CV, styled *Timothy W. Buchanan v. Brent Murphy*. Buchanan has since notified this court in writing that he did not intend to file a new notice of appeal. Instead, the pro se document was intended to serve as

notice of his intent to appeal this court's previous opinion and judgment in Cause No. 11-11-00058-CV to the "upper court (Austin)." Thus, it appears that Cause No. 11-12-00097-CV was inadvertently filed as a new appeal in our court.

Accordingly, we dismiss Cause No. 11-12-00097-CV.

PER CURIAM

April 19, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.